Russell Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:    (415) 255-0462
Facsimile:    (415) 431-4526

Attorneys for Plaintiff
ROSE BANKS, a minor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ROSIE BANKS, a minor, by and through her Guardian Ad Litem, Robbin Banks,<br><br>    Plaintiff,<br><br>v.<br><br>MODESTO CITY SCHOOLS DISTRICT, et al.,<br><br>    Defendants. | No.    1:04-cv-06284-REC-SMS<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER**<br>Old Date:    12/12/05<br><br>Date:         January 5, 2006<br>Time:         9:30 a.m.<br>Courtroom:    4<br>[Jury Demanded; Civil Rights] |

TO ALL HONORABLE COURT IN THIS MATTER:

PLEASE TAKE NOTICE that the parties hereto, through counsel of record, have agreed to a continuance of the initial scheduling conference. That conference is set for December 12, 2005, at 9:30 a.m., in Courtroom 4 of the above court.

The parties have been advised the Court is available for this initial conference on January 5, 2006, at 9:30 a.m., and the parties hereby stipulate to a continuance of the conference to that date and time.

- 1 -

Date:   December 5, 2005          /s/ Russell A. Robinson
                                 By:    Russell A. Robinson
                                 Law Office of Russell A. Robinson
                                 Attorneys for Plaintiff ROSIE BANKS



Date:   December 5, 2005          /s/ Susan R. Devious
                                 By:    Susan R. Devious
                                 Kronick, Moskovitz, Tiedemann & Girard
                                 Attorneys for Defendants Modesto City School, et al.



Date:   December 5, 2005          /s/ David Cervantes
                                 By:    David Cervantes
                                 Office of the City Attorney, City of Modesto
                                 Attorneys for defendants City of Modesto, et al.

**ORDER**

Good cause appearing, it is hereby ordered as follows:

The initial scheduling conference shall take place January 5, 2006, at 9:30 a.m., in Courtroom 4 of this Court's Fresno Branch. The parties shall file a joint statement as required by local rules no later than seven days before the conference.

IT IS SO ORDERED.

**Dated:   December 7, 2005**          **/s/ Sandra M. Snyder**
icido3                                 UNITED STATES MAGISTRATE JUDGE