SUSANA ALCALA WOOD, City Attorney #156366
DAVID CERVANTES, Sr. Deputy City Attorney #108973
City of Modesto
P.O. Box 642
1010 Tenth Street, Suite 6300
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants CITY OF MODESTO
ROY W. WASDEN and ERIN URQUHART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BANKS, a minor, by and through her Guardian Ad Litem, ROBBIN BANKS,<br><br>Plaintiff,<br><br>vs.<br><br>MODESTO CITY SCHOOL DISTRICT, CITY OF MODESTO, PAULA LENTINE, JIM PFAFF, JAMES C. ENOCHS, JOHN BRYON, MARY JACKSON, CAMILLE TAYLOR, DAWN LELEAD, RED BALBOUR, MIKE HENDERSON, JULIE MEYERS, ROY W. WASDEN, ERIN URQUHART, and DOES 1-100,<br><br>Defendants. | No. 1:04-CV-06284-OWW-SMS<br><br>STIPULATION TO VACATE AND RESET NON-EXPERT DISCOVERY DEADLINE, PRETRIAL CONFERENCE AND JURY TRIAL DATES |

The parties agreed to an Initial Disclosure date of May 5, 2006. As a result of the death of a Grandparent in the Plaintiff's family, there has been a delay in the Plaintiff providing information to Plaintiff's counsel to complete and exchange Plaintiff's Initial Disclosure. Plaintiff's counsel has also filed with this Court a Notice of Unavailability of Counsel advising that he will be unavailable July 1 through July 31, 2006, and November 17, through November 26, 2006.

Based upon the foregoing, the parties, through the signatures of their counsel on this Stipulation, stipulate to vacate the scheduled discovery deadlines as well as motion filing and motion hearing deadlines, the Settlement Conference date of March 15, 2007, the Pretrial Conference date of June 25, 2007, and the Jury Trial date of August 14, 2007. The parties

1  stipulate to reschedule (1) the Non-Expert Discovery deadline to February 2, 2007; (2) the
2  deadline for filing all potentially dispositive pre-trial motions to March 2, 2007; (3) the Settlement
3  Conference before the Honorable Sandra M. Snyder to April 25, 2007, at 1:30 p.m. in Courtroom
4  7; (4) the deadline for disclosing all expert witnesses in writing, pursuant to Fed.R. Civ.P. Rule
5  26(a)(2),(A) and (B), to April 27, 2007; (5) the deadline for disclosing all supplemental expert
6  witnesses, in writing, pursuant to Fed.R. Civ.P. Rule 26(a)(2), (A) and (B), to May 18, 2007; (6)
7  the deadline for completion of all discovery pertaining to experts to June 18, 2007; (7) the deadline
8  for filing all non-dispositive pre-trial motions, including any discovery motions, to June 26, 2007;
9  (8) the last day for hearings on non-dispositive pre-trial motions, including any discovery motions,
10 to July 27, 2007;  (9) the Pretrial Conference to September 10, 2007, at 11:00 a.m., in Courtroom 3
11 of the above-entitled Court; and (10) the Trial to November 13, 2007, at 1:00 p.m., in Courtroom 3
12 of the above-entitled Court.

13 Date: June 30, 2006.                     SUSANA ALCALA WOOD, City Attorney

14
                                           BY:/s/ David Cervantes
15                                            DAVID CERVANTES
                                              Sr. Deputy City Attorney
16                                            Attorneys for Defendants CITY OF
                                              MODESTO, ROY W. WASDEN and
17                                            ERIN URQUHART

18
   Date: June 30, 2006.                    By: /s/  Russell A. Robinson
19                                            RUSSELL A. ROBINSON, ESQ.
                                              Attorney for Plaintiff
20
   Date: June 30, 2006.                    By: /s/ Susan R. Denious
21                                            SUSAN R. DENIOUS, ESQ.
                                              Attorney for MODESTO CITY SCHOOLS
22                                            DISTRICT, James C. Enochs, Jim Pfaff, Paula
                                              Lentine, John Bryon, Mary Jackson, Camille
23                                            Taylor, Dawn Melead, Red Balfour, Mike
                                              Henderson, and Julie Myers
24
                                    **ORDER**
25
        The Court has reviewed the Stipulation set forth above, and the terms and conditions agreed
26
   upon therein by all parties and incorporated in this Order.  Good cause appearing,
27
        IT IS ORDERED that:
28
        1. The Non-Expert Discovery deadline be continued to February 2, 2007

???

1    2. The deadline for filing all potentially dispositive pre-trial motions be continued to
2 March 2, 2007.
3    3. The Settlement Conference be continued to April 25, 2007, at 1:30 p.m. in Courtroom
4 7.
5    4. Expert witness disclosure, in writing, pursuant to Fed.R. Civ.P. Rule 26(a)(2),(A) and
6 (B), be continued to April 27, 2007.
7    5. Supplemental expert witness disclosure, in writing, pursuant to Fed.R. Civ.P. Rule
8 26(a)(2), (A) and (B), be continued to May 18, 2007.
9    6. The deadline for completion of all discovery pertaining to experts be continued to June
10 18, 2007.
11    7. The deadline for filing all non-dispositive pre-trial motions, including any discovery
12 motions, be continued to June 26, 2007.
13    8. The last day for hearings on non-dispositive pre-trial motions, including any discovery
14 motions, be continued to July 27, 2007.
15    9. The Pretrial Conference be continued to September 10, 2007, at 11:00 a.m., in
16 Courtroom 3 of the above-entitled Court.
17    10. The Trial be continued to November 13, 2007, at 1:00 p.m., in Courtroom 3 of the
18 above-entitled Court.
19 IT IS SO ORDERED.
20 **Dated:    July _____, 2006**           /s/ Oliver W. Wanger
   emm0d6                         UNITED STATES DISTRICT JUDGE

???