1 | Russell A. Robinson, 163937
Law Office of Russell A. Robinson
2 | 345 Grove Street
First Floor
3 | San Francisco CA 94102
TEL:   415.255.0462
4 | FAX:   415.431.4526

5 | Attorneys for Plaintiff
ROSIE BANKS, a minor, by and
6 | through her Guardian Ad Litem,
ROBBIN BANKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSIE BANKS, a minor, by and through her Guardian Ad Litem, ROBBIN BANKS, | ) No. CV-F-04-6284-LJO-SMS |
|---|---|
| Plaintiff, | ) **ORDER DISMISSING, WITH PREJUDICE, DEFENDANTS CITY OF MODESTO, ROY W. WASDEN, AND ERIN URQUHART** |
| v. | ) |
| MODESTO CITY SCHOOLS DISTRICT, PAULA LENTINE, JIM PFAFF, JAMES C. ENOCHS, JOHN BRYON, MARY JACKSON, CAMILLE TAYLOR, DAWN MELEAD, RED BALFOUR, MIKE HENDERSON, JULIE MYERS, and DOES 1-100, | ) |
| Defendants. | ) |

**ORDER**

Pursuant to the stipulation of counsel of August 9, 2007, and Good cause appearing,

The Court hereby orders as follows:

Defendants City of Modesto, Roy W. Wasden, and Erin Urquhart shall be dismissed with prejudice immediately.  Counsel for dismissed defendants shall accept a deposition subpoena and

---

*Banks v. Modesto City School District, et al. (No. CV-F-04-6284)*
[Proposed] ORDER DISMISSING, WITH PREJUDICE,
DEFENDANTS CITY OF MODESTO, ROY W. WASDEN,
AND ERIN URQUHART

a trial subpoena on behalf of Defendant Urquhart, and shall cause Defendant Urquhart to be produced upon reasonable notice to testify at deposition or at trial.  Each side is to bear its own costs and fees.

IT IS SO ORDERED.

**Dated:   August 21, 2007**                      /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE