1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson
2  345 Grove Street
   First Floor
3  San Francisco CA 94102
   TEL:   415.255.0462
4  FAX:   415.431.4526

5  Attorneys for Plaintiff
   ROSIE BANKS, a minor, by and
6  through her Guardian Ad Litem,
   ROBBIN BANKS

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | ROSIE BANKS, a minor, by and through her   ) No. CV-F-04-6284-LJO-SMS
     Guardian Ad Litem, ROBBIN BANKS,           )
12 |                                            ) **STIPULATION OF DISMISSAL, WITH**
                   Plaintiff,                   ) **PREJUDICE, OF ALL DEFENDANTS:**
13 |                                            ) **MODESTO CITY SCHOOLS DISTRICT,**
     v.                                         ) **PAULA LENTINE, JIM PFAFF, JAMES**
14 |                                            ) **C. ENOCHS, JOHN BRYON, MARY**
     MODESTO CITY SCHOOLS DISTRICT,             ) **JACKSON, CAMILLE TAYLOR, DAWN**
15 | PAULA LENTINE, JIM PFAFF, JAMES C.          ) **MELEAD, RED BALFOUR, MIKE**
     ENOCHS, JOHN BRYON, MARY JACKSON,          ) **HENDERSON AND JULIE**
16 | CAMILLE TAYLOR, DAWN MELEAD, RED           ) **MYERS-BEEBE**
     BALFOUR, MIKE HENDERSON, JULIE             ) **[Civil Rights]**
17 | MYERS, and DOES 1-100,                     )
                                                ) **[Jury Trial Demanded]**
18 |              Defendants.                   )
                                                )
19

20        ALL REMAINING PARTIES, THROUGH COUNSEL, STIPULATE AS FOLLOWS:

21        MODESTO CITY SCHOOLS DISTRICT, PAULA LENTINE, JIM PFAFF, JAMES C.

22 ENOCHS, JOHN BRYON, MARY JACKSON, CAMILLE TAYLOR, DAWN MELEAD, RED

23 BALFOUR, MIKE HENDERSON and JULIE MYERS-BEEBE, defendants herein, shall be

24 dismissed with prejudice immediately.

25

26 *Banks v. Modesto City School District, et al. (No. CV-F-04-6284)*
   STIPULATION OF DISMISSAL, WITH PREJUDICE, OF
   ALL DEFENDANTS
   [Jury Trial Demanded]                                         BANKS\P006A

1       The parties hereto therefore request that Defendants MODESTO CITY SCHOOLS

2 DISTRICT, PAULA LENTINE, JIM PFAFF, JAMES C. ENOCHS, JOHN BRYON, MARY

3 JACKSON, CAMILLE TAYLOR, DAWN MELEAD, RED BALFOUR, MIKE HENDERSON

4 and JULIE MYERS-BEEBE be dismissed, under the terms above, each side to bear its own costs

5 and fees, and that no further action be taken with regard to the parties' claims herein.

6

7 Date: March 3, 2008                 /s/ Russell A. Robinson
                                              By: Russell A. Robinson
8                                               Law Office of Russell A. Robinson, APC
                                              Attorneys for Plaintiff
9                                               ROSIE BANKS, a minor, by and through her
                                              Guardian Ad Litem, ROBBIN BANKS
10

11 Date: March 3, 2008                 /s/ Susan R. Denious
                                              By: Susan R. Denious
12                                               Kronick, Moskovitz, Tiedemann & Girard
                                              Attorneys for Defendants
13                                               MODESTO CITY SCHOOLS DISTRICT, PAULA
                                              LENTINE, JIM PFAFF, JAMES C. ENOCHS,
14                                               JOHN BRYON, MARY JACKSON, CAMILLE
                                              TAYLOR, DAWN MELEAD, RED BALFOUR,
15                                               MIKE HENDERSON and JULIE MYERS-BEEBE

16

17

18

19

20

21

22

23

24

25

26 *Banks v. Modesto City School District, et al. (No. CV-F-04-6284)*
STIPULATION OF DISMISSAL, WITH PREJUDICE, OF
ALL DEFENDANTS
[Jury Trial Demanded]                     - 2 -                     BANKS\P006A

1  **ORDER**

2  Based on the above, and good cause appearing,

3  The Court hereby orders as follows:

4  Defendants MODESTO CITY SCHOOLS DISTRICT, PAULA LENTINE, JIM PFAFF,

5  JAMES C. ENOCHS, JOHN BRYON, MARY JACKSON, CAMILLE TAYLOR, DAWN

6  MELEAD, RED BALFOUR, MIKE HENDERSON and JULIE MYERS-BEEBE dismissed,

7  with prejudice, under the terms above, each side to bear its own costs and fees, no further action

8  shall be taken with regard to the parties' claims herein..

9  IT IS SO ORDERED.

10  **Dated:   March 4, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE